GENTIL VERCRUISE v. MIKE CARROLL.[1]

June 2, 1922.

No. 22,783.

**Reduced verdict affirmed.**

Assault and battery—Reduction of verdict for $1,000 one-half by trial court sustained. [Reporter.]

Action in the district court for Lyon county to recover $5,225 for assault and battery. The case was tried before Olsen, J., and a jury which returned a verdict for $1,000. From an order granting his motion for a new

[1]Reported in 188 N. W. 329.

trial, unless plaintiff consented to a reduction of the verdict to $500, defendant appealed. Affirmed.

*A. R. English* and *James H. Hall,* for appellant.

*Charles L. De Reu,* for respondent.

PER CURIAM.

Action for damages for an alleged assault and battery committed by defendant upon plaintiff, in which plaintiff had a verdict and defendant appealed from an order denying a new trial.

Our examination of the record leads to the conclusion that the question whether defendant assaulted plaintiff, and the nature and character of the assault, was on the evidence a question of fact for the jury. We discover no reason for interference. The verdict for $1,000 was reduced one-half by the trial court. We think the order justified. The case is unlike Germann v. Great Northern Ry. Co. 114 Minn. 247, 130 N. W. 1021, where the evidence rendered the question of the right of plaintiff therein to recover at all, doubtful and uncertain. That situation is not here presented.

Order affirmed.